MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 2/11/2014 |
| Judge: | James S. Gwin |
| Case No.: | 1:13cv00006 |
| Court Reporter: | B. Matthews |

MATTHEW TOMASEK,         )
                         )
    Plaintiff,           )
                         )
vs.                      )
                         )
CITY OF CLEVELAND, OHIO, )
ET AL,                   )
                         )
    Defendants.          )

MATTERS CONSIDERED: Final pretrial conference.

TOTAL TIME: 1 hr. 20 min.                    *s/    Gwen Mackey*
                                             Courtroom Deputy Clerk